**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VALPAK DIRECT MARKETING
SYSTEMS, INC.,

      Plaintiff,

v.                                      CASE NO: 8:06-cv-347-T-26EAJ

ROBERT B. HYDE, II, and MARK HYDE,

      Defendants.

_____/

**O R D E R**

      Upon due consideration, it is ordered and adjudged that Defendants' Motion to Vacate Consent Preliminary Injunction (Dkt. 22) is denied for failure to comply with the requirements of Local Rule 3.01(g). Counsel for the parties are directed to confer *personally* regarding the issues raised in Defendants' motion within the next seven days in a good faith attempt to resolve those issues. Counsel are also reminded of the obligation to file a case management report by May 25, 2006. Finally, Defendants' counsel is reminded of his obligation to comply with the requirements of Local Rule 2.02(a) within 10 days.

      **DONE AND ORDERED** at Tampa, Florida, on May 24, 2006.


                                    *s/Richard A. Lazzara*
                                 **RICHARD A. LAZZARA**
                                 **UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record